| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| SIDLEY AUSTIN LLP<br>555 W. FIFTH STREET<br>SUITE 4000<br>LOS ANGELES, CA 90013<br>*Telephone No:* 213-896-6000 | | |

*Attorney for:*      *Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
  United States District Court Northern District Of Illinois

*Applicant:* VIDEO STREAMING SOLUTIONS, LLC
: MICROSOFT CORPORATION

| **AFFIDAVIT OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>1:13-CV-07031 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS ON THIRD-PARTY COMPLAINT; DEFENDANT MICROSOFT CORPORATION'S ANSWER AND COUNTERCLAIM TO PLAINTIFF'S SECOND AMENDED COMPLAINT AND THIRD-PARTY COMPLAINT AGAINST ACACIA RESEARCH CORPORATION

| | | |
|---|---|---|
| *3. a. Party served:* | | ACACIA RESEARCH CORPORATION |
|    *b. Person served:* | | JENNIFER GRAFF, PARALEGAL, AUTHORIZED TO ACCEPT SERVICE |

| | | |
|---|---|---|
| *4. Address where the party was served:* | | 500 NEWPORT CENTER DRIVE<br>7TH FLOOR<br>NEWPORT BEACH, CA 92660 |

*5. I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Jun. 17, 2014 (2) at: 3:38PM

*7. Person Who Served Papers:*                                                   *Fee for Service:*
   a. JACK DELL



**First Legal**
301 Civic Center Drive West
Santa Ana, CA 92701
Telephone   (714) 541–1110
Fax           (714) 541–8182
www.firstlegalnetwork.com

*8. I declare under penalty of perjury under the laws of the State of ILLINOIS and under the laws of the United States Of America that the foregoing is true and correct.*

AFFIDAVIT OF SERVICE                  (JACK DELL)   *5889341 .sidau.624143*